

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-16-00548-CV

**IN THE INTEREST OF M.T.C.** and J.R.T.C.

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2015PA02147
Honorable Charles E. Montemayor, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE ALVAREZ, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED. No costs shall be assessed against M.C. because he qualifies as indigent. TEX. R. APP. P. 20.

SIGNED February 15, 2017.

_____
Irene Rios, Justice